OMAR M. WRIGHT v. NEW JERSEY DEPARTMENT OF
CORRECTIONS, ET AL.

March 24, 1987.

Petition for certification denied.

IN THE MATTER OF APPROVAL OF SUSSEX COUNTY PRELIM-
INARY ENVIRONMENTAL IMPACT STATEMENT.

March 24, 1987.

Petition for certification denied.

ROOSEVELT JONES v. HATFIELD WIRE & CABLE DIVISION
AND COMMISSIONER OF LABOR, ETC.

March 24, 1987.

Petition for certification denied.

NORTH BERGEN STORES, INC. v. TOWNSHIP
OF NORTH BERGEN.

March 24, 1987.

Petition for certification denied.